454 A.2d 167

Commonwealth v. Ortiz, Appellant.

Submitted September

616

14, 1982. Robert E. Donatelli, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

Order affirmed.